THE CITY OF ST. LOUIS, TO THE USE OF BERNARD MURPHY, Plaintiff in Error, *v.* GEORGE R. BUCKNER, Defendant in Error.

1. City of St. Louis, to use of Murphy, v. Clemens, 43 Mo. 395, affirmed.

*Error to St. Louis Circuit Court.*

*Thos. Grace*, for plaintiff in error.

*Peacock & Cornwell*, and *Mumford*, for defendant in error,

WAGNER, Judge, delivered the opinion of the court.

This was a suit on a special tax-bill for the construction of a sewer, and involves identically the same question decided in City of St. Louis, to use, etc., v. Clemens 43 Mo. 395.

By reason of an instruction given by the court below, the plaintiff took a non-suit, and, failing to have the same set aside, he brings error to this court.

It is unnecessary to repeat the reasons which were given for our decision in the case just referred to. According to the views there expressed, the judgment is right and must be affirmed. The other judges concur.